DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561


Attorney for Defendant
SANTANA SAMUEL GONZALEZ-CASILLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08cr00045LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| v. | |
| SANTANA SAMUEL GONZALEZ-CASILLAS, | Date:  May 9, 2008<br>Time:  9:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the status conference hearing in the above-referenced matter now set for May 2, 2008, **may be continued to May 9, 2008 at 9:00 A.M.**

This continuance is requested to allow additional time for plea negotiations to conclude.  Defense counsel received the plea offer on or about April 28, 2008.  Mr. Gonzalez-Casillas was advised of the plea offer on April 30, 2008.  He had previously reviewed all documents, and is considering the offer.  Counsel believes the defense will have a decision by May 9, 2008 and should be able to advise the Court how Mr. Gonzalez-Casillas will proceed.  The one week continuance is short, and will conserve time and resources

for both counsel and the court.

    The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

<pre>
                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED:  April 30, 2008          By  /s/  IAN GARRIQUES
                                        IAN GARRIQUES
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Public Defender

DATED:  April 30, 2008          By  /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SANTANA GONZALEZ-CASILLAS
</pre>

## **O R D E R**

**Good cause to continue is MARGINAL and barely present.  It will nonetheless be granted.**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   April 30, 2008**            /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

Name of Pleading                              -2-